[Civ. No. 7356. Second Appellate District, Division Two.—May 18, 1931.]

CITY OF LOS ANGELES (a Municipal Corporation), Appellant, v. SADIE D. GRIFFITH ABBOTT et al., Defendants; CARRIE E. McFARLAND et al., Respondents.

Erwin P. Werner, City Attorney, and Arthur Loveland and Arthur W. Nordstrom, Deputies City Attorney, for Appellant.

Culver & Nourse for Respondents.

THOMPSON (IRA F.), J.—This is an appeal from an order denying plaintiff's motion to tax costs. ■ The facts and points of law being in all material respects identical with those in *City of Los Angeles, Plaintiff*, v. *Abbott, Defendant; Louise A. Denker, Respondent* (No. 7355), *ante*, p. 756 [299 Pac. 807], this day decided, this case is governed by the decision therein.

Order affirmed.

Works, P. J., and Craig, J., concurred.